IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC

2008 FEB 21   P 3: 22

Michael Mahaffey, #186794,         )
                                   )
            Plaintiff,             )
                                   )   Civil Action No. 3:07-793-SB
v.                                 )
                                   )   **ORDER**
Simon Major, Jr., Director of Sumter- )
Lee Regional Detention Center,     )
                                   )
            Defendant.             )
_____)

This matter is before the Court upon the Plaintiff's pro se complaint, which alleges violations of his constitutional rights pursuant to 42 U.S.C. § 1983. By local rule, this matter was referred to a United States Magistrate Judge for preliminary determinations.

On January 30, 2008, Magistrate Judge Joseph R. McCrorey issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court grant the Defendant's motion for summary judgment and deny the Plaintiff's motion for a restraining order. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 10 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Defendant's motion for summary judgment (Doc. #18) is granted, and the Plaintiff's motion for a restraining order (Doc. #20) is denied.

**IT IS SO ORDERED.**

The Honorable Sol Blatt, Jr.
Senior United States District Judge

February 21, 2008
Charleston, South Carolina